DONALD R. CONWAY v. LEONARD ROTHMAN.

January 31, 1978. Petition for certification denied.

VIRGINIA B. BUSH v. JOHNS-MANVILLE PRODUCTS CORP.

January 31, 1978. Petition for certification denied. (See 154 *N. J. Super.* 188)

BOARD OF EDUCATION OF THE TWP. OF EWING v. TWP. COMMITTEE OF THE TWP. OF EWING.

January 31, 1978. Petition for certification denied.

COUNTY OF HUDSON v. TERMINAL CONSTRUCTION CORP.

January 31, 1978. Petition for certification denied. (See 154 *N. J. Super.* 264)

IN THE MATTER OF THE ESTATE OF
ANNA SIDOR, DECEASED.

January 31, 1978. Petition for certification denied.

ROBERT MEADOWS v. AMALGAMATED MEAT CUTTERS.

January 31, 1978. Petition for certification denied.